```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 13964
    EDWARD T MEEHAN
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-8687


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/29/06 and confirmed on 01/17/07.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  21049.00 .

    4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------
SAXON MORTGAGE SERVICES    CURRENT MORTG           .00            .00            .00
SAXON MORTGAGE SERVICES    MORTGAGE ARRE       8047.54            .00        8047.54
NUVELL CREDIT COMPANY LL   SECURED VEHIC           .00            .00            .00
WILL COUNTY TREASURER      SECURED                 .00            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY            4085.46            .00        4085.46
CAB SERVICES INC           UNSECURED         NOT FILED            .00            .00
COMED                      UNSECURED         NOT FILED            .00            .00
COLLECTION PROFESSIONALS   UNSECURED         NOT FILED            .00            .00
CREDIT PROTECTION ASSOC    UNSECURED         NOT FILED            .00            .00
CREDIT PROTECTION ASSOC    UNSECURED         NOT FILED            .00            .00
GE MONEY BANK              UNSECURED           5065.43            .00        5065.43
MAGE & PRICE               UNSECURED         NOT FILED            .00            .00
MERCHANTS CREDIT GUIDE     UNSECURED         NOT FILED            .00            .00
NICOR GAS                  UNSECURED         NOT FILED            .00            .00
SBC AMERITECH              UNSECURED         NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   UNSECURED            868.93            .00         868.93
            Summary of disbursements:
-----------------------------------------------------------------------------
                 SECURED       PRIORITY     UNSECURED     OTHER         TOTAL

TOTAL CLMS ALLOWED   8047.54      4085.46      5934.36       .00       18067.36
PRINCIPAL PAID       8047.54      4085.46      5934.36       .00       18067.36
INTEREST PAID            .00          .00          .00       .00            .00
TOTAL PAID           8047.54      4085.46      5934.36       .00       18067.36
The Debtor's attorney, ROBERT V SCHALLER              , was allowed $   3000.00
and was paid $   1760.00   direct and $   1240.00   through the plan.

The Trustee received $    945.30 .

Refunds to the Debtor totaled $    796.34 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 01/16/09                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE